UNITED STATES DISTRICT COURT
FOR THE MIDDLE DIVISION OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO: 3:05-00214 |
| | ) | |
| GEORGIA K. McNISH | ) | 29 U.S.C. § 439(b) |
| | ) | |

# INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

On or about March 18, 2002 in the Middle District of Tennessee, **GEORGIA K. McNISH**, being an officer of United Auto Workers Local Union 1853 and then holding a position of trust as the Secretary/Treasurer, did knowingly make a materially false statement in a labor organization annual report which was required to be submitted to the United States Department of Labor, wherein she stated that she had not discovered any loss or shortage of union funds, and in fact $10,000.00 of union funds had been embezzled as she then well knew.

In violation of Title 29, United States Code, Section 439(b).

JAMES K. VINES
UNITED STATES ATTORNEY